UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RIVINGTON'S ORCHARD, LLC,
                Plaintiff,

-v-

AMERICAN FIRE AND CASUALTY COMPANY,
                Defendant.

21-CV-1727 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on February 26, 2021.  Counsel for the plaintiff is directed to file an appearance with this Court no later than March 26, 2021.

    Counsel for the defendants shall serve a copy of this order on counsel for the plaintiff by March 10, 2021.

    SO ORDERED.

Dated: March 2, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge